UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO PEREZ MARTINEZ,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No.  1:25-cr-00071

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of Indictment. The Indictment charges him being a Alien who had previously been removed after having been convicted of a felony offense in violation of 8 U.S.C. §§ 1326(a), 1326(b)(1).

The government sought defendant's detention on the basis that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on May 23, 2025, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions and for the reasons stated on the record, the Court finds that the government has met its burden of proving by clear and convincing evidence that defendant poses a risk of nonappearance.  The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the appearance of the defendant.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 27, 2025.

| | |
|---|---|
| Date May 27, 2025 | /s/ Phillip J. Green<br>PHILLIP J. GREEN<br>United States Magistrate Judge |